UNITED STATES *versus* TWO BLACK OXEN, ONE RED OX, ONE WAGON, ONE CART, AND TWO CART BODIES.

JOURNAL ENTRIES: (1) Nov. 16, 1835: libel filed, time fixed for trial, notice ordered published; (2) Dec. 14, 1835: publication proved, procla-mation made, property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1835): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* .....

UNITED STATES *versus* SIXTY BUSHELS WHEAT AND ONE BOAT.

JOURNAL ENTRIES: (1) Nov. 16, 1835: libel filed, time fixed for hearing, notice ordered published; (2) Dec. 14, 1835: publication proved, proclama-tion made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1835–36): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 150.

UNITED STATES *versus* SIX HUNDRED AND TWENTY-THREE BARRELS SALT, CLAIMED BY ELIAS TROWBRIDGE AND JOHN GRANT, JR.

JOURNAL ENTRIES: (1) Nov. 16, 1835: libel filed, time fixed for hearing, notice ordered published; (2) Dec. 14, 1835: publication proved, proclama-tion made, motion for judgment; (3) Jan. 6, 1836: claim filed, bond approved, claimants allowed to prosecute claim; (4) Jan. 11, 1836: motion for continuance granted; (5) Jan. 27, 1836: appraisers appointed, rule nisi for sale; (6) June 7, 1836: jury impaneled; (7) June 8, 1836: jury trial; (8) June 9, 1836: disagreement reported, jury discharged.
PAPERS IN FILE (1835–36): (1) Libel; (2) published notice, proof of publication and posting; (3) claim; (4) claimants' bond; (5) claimants' plea; (6) subpoena; (7) affidavit for continuance; (8) affidavit of collector; (9) copy of order appoint-ing appraisers, appraisers' report; (10–11) sub-poenas; (12) jury instructions requested by claimants; (13) motion to strike from docket.
*File No.* 149.